## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 20th day of April, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Pro-Cut Products, Inc.*
P.O. Box 2898
Grainsville, GA 30503


_____
Mary E. Augustine (No. 4477)

623492v1